# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ASHLEY KOTT, INDIVIDUALLY
AND ON BEHALF OF THE MINOR
CHILD, O.A.K.

VERSUS

JOSEPH AIAVOLASITI KOTT AND
ABC INSURANCE CARRIER

NO. 2020 CW 0030

MAR 1 8 2020

---

In Re:    Joseph Aiavolasiti Kott, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2019-10290.

---

**BEFORE:    McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT